UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN KING LEWIS,<br><br>      Plaintiff,<br><br> v.<br><br>CITY OF LAKEWOOD *et al.*,<br><br>      Defendants. | No. 08-5589FDB/JRC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DISCOVERY FOR LIMITED PURPOSES |

   This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Before the court is Defendants' motion to open discovery for the sole purpose of deposing Plaintiff (Dkt. # 29).

   Defendants explain that they attempted to depose Plaintiff during the normal time set for discovery. They first attempted to depose him at the Washington Corrections Center, but Plaintiff had been transferred to the King County Jail. When they attempted to depose him at the King County Jail, the jail would not permit the deposition (Dkt # 27).

ORDER- 1

Defendants have shown good cause for the continuance. The motion is GRANTED. Discovery will remain open for forty-five (45) days following the filing of this order so that the deposition of Plaintiff can be taken.

Further, the court recommends that the parties consult Local Rule 30(a)(2) on how to proceed when a facility does not cooperate in the scheduling of a deposition.

The Clerk's office is directed to send Plaintiff a copy of this order.

DATED this 15th day of July, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER- 2