UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN KING LEWIS,<br><br>                     Plaintiff,<br>    v.<br><br>CITY OF LAKEWOOD *et al.*,<br><br>                     Defendants. | No. 08-5589FDB/JRC<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO EXTEND DISCOVERY FOR<br>LIMITED PURPOSES |

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Before the court is Defendants' second motion to open discovery for the sole purpose of deposing Plaintiff (Dkt. # 45).

Defendants explain that they did not attempt to depose Plaintiff after receiving permission to do so because of a pending motion for summary judgment. The Report and Recommendation did not dispose of the entire action and Plaintiff has been given the chance to submit additional evidence. In light of that ruling, Defendants ask for leave to depose Plaintiff.

ORDER- 1

1 | The motion is GRANTED. Discovery will remain open until the deposition of Plaintiff is taken
2 | and discovery is only open for the purpose of taking that deposition. Further, the parties are
3 | directed to consult Local Rule 30 (a)(2) on how to proceed when a facility does not cooperate in
4 | the scheduling of a deposition.

The Clerk's office is directed to send Plaintiff a copy of this order.

DATED this 16th day of September, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER- 2