UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEPHEN KNIGHT LEWIS,

                Plaintiff,

   v.

CITY OF LAKEWOOD, *et al*.,

                Defendants.

No. 08-5589FDB

ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

     This matter comes before the Court on the Recommendation of the Magistrate Judge that Defendants' motion for summary judgment be granted in part. Neither party has filed an objection to the Magistrate Judge's recommendation.

This 42 U.S.C. § 1983 civil rights action alleges that the Defendants used excessive force when arresting Plaintiff and that a blood draw performed to determine the amount of alcohol that was in his blood was in violation of his Fourth Amendment rights.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

As detailed by the Magistrate Judge, Plaintiff's claims regarding the blood draw is a challenge that attacks the validity of his driving under the influence conviction. A challenge that necessarily implies the invalidity of the judgment, or continuing confinement, must be brought as a petition for a writ of habeas corpus, not under § 1983. <u>Butterfield v. Bail</u>, 120 F.3d 1023, 1024 (9th Cir. 1997). Accordingly, this claim must first be raised in a habeas proceeding, not a civil rights claim for damages.

Regarding the issue of the use of excessive force, the Magistrate Judge re-noted the motion to permit the Plaintiff the opportunity to present admissible evidence in support of his allegations. The Court finds appropriate the brief extension of time to afford the pro se Plaintiff time to present evidence in support of his claim.

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The Defendant's Motion for Summary Judgment is **GRANTED IN PART**. This action is **DISMISSED WITHOUT PREJUDICE** as to the claim regarding the blood draw.

(3) Claims relating to excessive force are referred back to Judge Creatura for further proceedings.

(4) The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 28th day of September, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 2