UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN KNIGHT LEWIS,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF LAKEWOOD *et* al.,<br><br>        Defendants. | CASE NO. C08-5589FDB/JRC<br><br>REPORT AND RECOMMENDATION<br><br>Noted for OCTOBER 30, 2009 |

    This 42 U.S.C. §1983 Civil Rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4. On August 27, 2009, the court entered an order allowing the plaintiff the opportunity to submit additional briefing in opposition to a pending motion for summary judgment (Dkt. # 43). That order gave plaintiff until September 25, 2009, to submit evidence regarding his opposition to defendants' motion for summary judgment. Plaintiff has failed to file any additional briefing.

REPORT AND
RECOMMENDATION - 1

In their reply to plaintiff's opposition to summary judgment defendants argued that plaintiff had failed to support his assertions with admissible evidence as required by Fed. R. Civ. P. 56 (e) (Dkt. # 49, page 3). Defendants' position is correct. Plaintiff has been given the opportunity to cure the defects in his pleadings and he has failed to do so. The court now recommends all remaining claims be DISMISSED WITH PREJUDICE.

This dismissal would be based in part on the authority of Fed. R. Civ. P 41 (b), dismissal for failure to comply with a court order. The dismissal would also be based in part on Fed. R. Civ. P. 56 (e) as plaintiff has failed to oppose summary judgment with admissible evidence.

For the reasons stated in this Report and Recommendation the Court recommends the Motion for Summary Judgment be GRANTED. Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Fed. R. Civ. P., the parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on October 30, 2009, as noted in the caption.

Dated this 7th day of October, 2009.

J. Richard Creatura
United States Magistrate Judge

REPORT AND
RECOMMENDATION - 2