UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN KNIGHT LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LAKEWOOD, *et al.*,<br><br>Defendants. | No. 08-5589 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING REMAINING CLAIMS WITH PREJUDICE |

This matter comes before the Court on the recommendation of the Magistrate Judge that Defendants' motion for summary judgment be granted and Plaintiff's remaining civil rights claims be dismissed with prejudice. Plaintiff has not filed an objection. As detailed by the Report and Recommendation, the Plaintiff has been afforded the opportunity to cure the defects in his pleadings and has failed to do so.

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(2) The Defendant's Motion for Summary Judgment is **GRANTED.** The remaining claims are **DISMISSED WITH PREJUDICE**.

(3) The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 3rd day of November, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 2