# United States District Court
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN KNIGHT LEWIS | JUDGMENT IN A CIVIL CASE |
| v. | |
| CITY OF LAKEWOOD, *et al.*, | CASE NUMBER: C08-5589FDB |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED


The Court adopts the Report and Recommendation;

The Defendant's Motion for Summary Judgment is **GRANTED.** The remaining claims are **DISMISSED WITH PREJUDICE**.


|  November 3, 2009  | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |